UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR523 004 |
| | ) |
| v. | ) 8 U.S.C. § 1326(a) |
| | ) Re-entry After Removal/Deportation |
| GONZALO MENDOZA-CARDENAS | ) |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Re-entry After Removal/Deportation*
8 U.S.C. § 1326(a)

On or about February 2, 2023, in Pierce County, within the Southern District of Georgia, the defendant,

**GONZALO MENDOZA-CARDENAS,**

an alien, was found in the United States after having been removed therefrom on or about January 21, 2019, at or near Brownsville, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).



*{Signatures on the following page}*

_____
Foreperson

_____
Jill E. Steinberg
United States Attorney

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

_____
Darron J. Hubbard
Assistant United States Attorney
Lead Counsel

2