# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO:  5:23-CR-4** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GONZALO MENDOZA-CARDENAS** | ) | |

## GOVERNMENT'S CERTIFICATE OF DISCLOSURE

Now comes the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and states that copies of discovery materials, as listed on the attached Index of Discovery (*see* Exhibit A), were made available to defense counsel via USAfx on October 2, 2023.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

***/s/ Darron J. Hubbard***

Darron J. Hubbard
Assistant United States Attorney
IL Bar No. 6313078

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO:  5:23-CR-4 |
| | ) | |
| v. | ) | |
| | ) | |
| GONZALO MENDOZA-CARDENAS | ) | |

CERTIFICATE OF SERVICE FOR GOVERNMENT'S
CERTIFICATE OF DISCLOSURE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 2nd day of October 2023.

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Darron J. Hubbard*

Darron J. Hubbard
Assistant United States Attorney
IL Bar No. 6313078

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422