USA v. Gonzalo Mendoza-Cardenas
5:23-CR-4

**Index of Discovery #1 Produced on October 2, 2023 Via USAfx**

*PDF Documents*

| Name |
|---|
| Case File (Redacted).pdf, Bates Stamped USAO-1 through USAO-225 |
| GJ Transcript 06-06-2023.pdf, Bates Stamped USAO-226 through USAO-235 |