UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA,

vs.                                           Case No. 5:23-CR-4

GONZALO MENDOZA-CARDENAS,

    Defendant.

**DEFENDANT'S MOTION FOR DISCOVERY**

COMES NOW the Defendant, **Gonzalo Mendoza-Cardenas**, and files his motion to require the Government to produce and disclose the following documents and evidence related to this case. This motion is being filed by the Defendant pursuant to Fed. R. Crim. P. 16(a)(1).

1.     **Defendant's Oral Statement.** The substance of any relevant oral statement made by the Defendant, before or after arrest, in response to interrogation by a person the Defendant knew was a government agent if the Government intends to use the statement at trial. See Fed. R. Crim. P. 16(a)(1)(A).

2.     **Defendant's Written or Recorded Statement.**

    a) Any relevant written or recorded statement by the Defendant if: the statement is within the Government's possession, custody, or control; and the attorney for the Government knows, or through due diligence could know, that the statement exists.

    b) The portion of any written record containing the substance of any

1

relevant oral statement made before or after arrest if the Defendant made the statement in response to interrogation by a person the Defendant knew was a government agent.

    c) The Defendant's recorded testimony before a grand jury relating to the charged offense.

See Fed. R. Crim. P. 16(a)(1)(B).

    3.    **Defendant's Prior Record.**  The Defendant's prior criminal record that is within the Government's possession, custody, or control if the attorney for the Government knows, or through due diligence could know, that the record exists. See Fed. R. Crim. P. 16(a)(1)(D).

    4.    **Documents and Objects.**  Books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the Government's possession, custody, or control and: a) the item is material to preparing the defense; b) the Government intends to use the item in its case-in-chief at trial; or c) the item was obtained from or belongs to the Defendant. See Fed. R. Crim. P. 16(a)(1)(E).

    5.    **Reports of Examinations and Tests.**  The results or reports of any physical or mental examination and of any scientific test or experiment if:

    a) the item is within the Government's possession, custody, or control;

    b) the attorney for the Government knows, or through due diligence could know, that the item exists; and

    c) the item is material to preparing the defense or the Government intends

to use the item in its case-in-chief at trial.

See Fed. R. Crim. P. 16(a)(1)(F).

6. **Expert Witnesses.** A written summary of any testimony that the Government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial. A written summary of testimony that the Government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial on the issue of the Defendant's mental condition. The summary must describe the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications. See Fed. R. Crim. P. 16(a)(1)(G).

WHEREFORE, the Defendant prays that the Government be required to produce all documents and evidence referred to above.

Submitted, this 4th day of October, 2023.

/s/ Joseph L. Phelps, III
Joseph L. Phelps, III
Attorney for Defendant
GA Bar No. 575278

356 E. Cherry St.
PO Box 285
Jesup GA 31598
Telephone: (912) 427-4779
Facsimile: (912) 427-9203

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Submitted, this <u>4th</u> day of October, 2023.

/s/ Joseph L. Phelps, III<br>
Joseph L. Phelps, III<br>
Attorney for Defendant<br>
GA Bar No. 575278

356 E. Cherry St.
PO Box 285
Jesup GA 31598
Telephone: (912) 427-4779
Facsimile: (912) 427-9203